UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID DEBOARD, JR. | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
|    *vs*. | ) | 1:13-cv-00468-JMS-MJD |
| | ) | |
| EQUITY GUARD, LLC., | ) | |
|    *Defendant*. | ) | |

**DISMISSAL WITHOUT PREJUDICE**

On November 8, 2013, the Court ordered Plaintiff to show cause by December 9, 2013 why the Court should not dismiss this action for failure to prosecute. [Dkt. 6.] The Court warned Plaintiff that failure to respond would be deemed consent to a dismissal without prejudice. [*Id.*] Because the deadline has passed and Plaintiff failed to respond, the Court **DISMISSES** this action **WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

12/10/2013

                                                                            Hon. Jane Magnus-Stinson, Judge
                                                                            United States District Court
                                                                            Southern District of Indiana

**Electronic copy via CM/ECF:**

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com